**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re: DAVID MARTINEZ § Case No. 11-82678
      LINDA MARTINEZ § 
§
Debtors §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/13/2011.

2) The plan was confirmed on 01/04/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/06/2012.

5) The case was dismissed on 06/22/2012.

6) Number of months from filing or conversion to last payment: 12.

7) Number of months case was pending: 15.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $96,026.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor | $ 3,634.59 | |
| Less amount refunded to debtor | $ 529.00 | |
| **NET RECEIPTS** | | $ 3,105.59 |

| Expenses of Administration: | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 888.70 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 168.87 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 1,057.57 |
| Attorney fees paid and disclosed by debtor: | $ 500.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| ATTORNEY JACQUELINE J | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 888.70 | 0.00 |
| ILLINOIS COMMUNITY CREDIT | Sec | 2,625.00 | 1,720.42 | 1,720.42 | 556.53 | 0.00 |
| ILLINOIS COMMUNITY CREDIT | Sec | 4,845.00 | 4,845.00 | 4,845.00 | 1,491.49 | 0.00 |
| SETERUS INC | Sec | 0.00 | 1,292.04 | 1,292.04 | 0.00 | 0.00 |
| AFNI | Uns | 288.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Uns | 128.00 | NA | NA | 0.00 | 0.00 |
| ATTORNEY THOMAS HILL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CALVARY PORTFOLIO SVC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CANDICA LLC | Uns | 728.00 | 2,311.47 | 2,311.47 | 0.00 | 0.00 |
| CARSONS / HSBC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT, | Uns | 1,803.00 | 1,812.90 | 1,812.90 | 0.00 | 0.00 |
| CIT BANK / FINGERHUT DIRECT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CMI #4087 | Uns | 140.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT SERVICES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION / | Uns | 116.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 131.00 | NA | NA | 0.00 | 0.00 |
| DEKALB CLINIC CHARTERED | Uns | 800.00 | 767.63 | 767.63 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DEKALB COUNTY CIRCUIT CLERK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEKALB COUNTY CIRCUIT CLERK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY | Uns | 1,010.00 | NA | NA | 0.00 | 0.00 |
| EQUIFAX | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| EXPERIAN NCAC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| METABANK - FINGERHUT | Uns | 643.00 | 662.04 | 662.04 | 0.00 | 0.00 |
| FIRST PREMIER | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| KISHWAUKEE COMMUNITY | Uns | 0.00 | 173.04 | 173.04 | 0.00 | 0.00 |
| H & R ACCOUNTS | Uns | 172.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK NEVADA, NA | Uns | 413.00 | 412.80 | 412.80 | 0.00 | 0.00 |
| ILLINOIS COMMUNITY CREDIT | Uns | 818.00 | NA | NA | 0.00 | 0.00 |
| KISHWAUKEE COMMUNITY | Uns | 2,325.00 | 1,603.38 | 1,603.38 | 0.00 | 0.00 |
| KISHWAUKEE MEDICAL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NA | Uns | 278.00 | 318.43 | 318.43 | 0.00 | 0.00 |
| MED CARE HEALTH CENTER | Uns | 2,000.00 | NA | NA | 0.00 | 0.00 |
| MICHAEL A MELLOTT ATTORNEY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST ORTHOPDEDIC | Uns | 0.00 | 348.70 | 348.70 | 0.00 | 0.00 |
| NICOR GAS | Uns | 0.00 | 64.29 | 64.29 | 0.00 | 0.00 |
| PINNACLE FINANCIAL GROUP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PRAIRIE POINT OB / GYN | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 349.00 | 348.70 | 0.00 | 0.00 | 0.00 |
| ROZLIN FINANCIAL GROUP | Uns | 263.00 | NA | NA | 0.00 | 0.00 |
| RRCA ACCOUNT MANAGEMENT | Uns | 514.00 | NA | NA | 0.00 | 0.00 |
| RRCA ACCOUNTS MANAGEMENT | Uns | 1,289.00 | 322.14 | 322.14 | 0.00 | 0.00 |
| SECURITY FINANCE | Uns | 1,265.00 | 1,079.55 | 1,079.55 | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Uns | 7,290.00 | 5,072.46 | 5,072.46 | 0.00 | 0.00 |
| STELLAR RECOVERY INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| THE LOAN COMPANY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| TRANSUNION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AFNI INC | Uns | 0.00 | 288.42 | 288.42 | 0.00 | 0.00 |
| AFNI INC | Uns | 0.00 | 128.40 | 128.40 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Uns | 6,903.00 | 7,073.63 | 7,073.63 | 0.00 | 0.00 |
| WF FINANCIAL CARDS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Uns | 1,608.00 | 1,672.07 | 1,672.07 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WFNB / FASHION BUG | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD ACCEPTANCE | Uns | 0.00 | 1,898.45 | 1,898.45 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 0.00 | 609.99 | 609.99 | 0.00 | 0.00 |
| CANDICA LLC | Uns | 0.00 | 563.26 | 563.26 | 0.00 | 0.00 |
| DEKALB CLINIC CHARTERED | Uns | 0.00 | 889.72 | 889.72 | 0.00 | 0.00 |
| CANDICA LLC | Uns | 0.00 | 721.32 | 721.32 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 6,565.42 | $ 2,048.02 | $ 0.00 |
| All Other Secured | $ 1,292.04 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 7,857.46 | $ 2,048.02 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 28,794.09 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 1,057.57 |
| Disbursements to Creditors | $ 2,048.02 |
| **TOTAL DISBURSEMENTS:** | $ 3,105.59 |

UST Form 101-13-FR-S (9/1/2009)

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 09/20/2012     By: /s/ Lydia S. Meyer
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)